United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 22-00818-HWV

Christine E. Hammond                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                            Page 1 of 3

Date Rcvd: May 02, 2022                        Form ID: 309I                           Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine E. Hammond, 12209 Glessick School Rd., Felton, PA 17322-8725 |
| 5472840 | ++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 5472857 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5472860 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jmh@johnhyamslaw.com | May 02 2022 18:44:00 | John Matthew Hyams, Law Offices of John M. Hyams, 2023 N 2nd St, Harrisburg, PA 17102 |
| tr | | Email/Text: info@pamd13trustee.com | May 02 2022 18:45:00 | Jack N Zaharopoulos (Trustee), Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | May 02 2022 18:45:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | EDI: RECOVERYCORP.COM | May 02 2022 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5472831 | + | Email/Text: bncnotifications@pheaa.org | May 02 2022 18:45:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5472832 | + | Email/Text: bncnotifications@pheaa.org | May 02 2022 18:45:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5472833 | + | Email/PDF: bncnotices@becket-lee.com | May 02 2022 18:57:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5472840 | | Email/Text: cfcbackoffice@contfinco.com | May 02 2022 18:45:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 5472834 | + | EDI: CAPONEAUTO.COM | May 02 2022 22:58:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5472835 | + | EDI: WFNNB.COM | May 02 2022 22:58:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 5472836 | + | EDI: WFNNB.COM | May 02 2022 22:58:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5472837 | + | EDI: WFNNB.COM | May 02 2022 22:58:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5472839 | + | EDI: WFNNB.COM | May 02 2022 22:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5472838 | + | EDI: WFNNB.COM | May 02 2022 22:58:00 | Comenitybank/cldwtrmc, Attn: Bankruptcy Dept, |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 5472841 | + | Email/PDF: creditonebknotifications@resurgent.com | May 02 2022 18:57:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5472842 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2022 18:57:52 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5472855 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 02 2022 18:45:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5472843 | + | EDI: BLUESTEM | May 02 2022 22:58:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5472844 | + | EDI: AMINFOFP.COM | May 02 2022 22:58:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5472845 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 02 2022 18:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5472856 | | EDI: IRS.COM | May 02 2022 22:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5472846 | | Email/Text: camanagement@mtb.com | May 02 2022 18:45:00 | M & T Bank, Attn: Bankruptcy, Po Box 900, Millsboro, DE 19966 |
| 5472847 | + | Email/Text: bankruptcy@marinerfinance.com | May 02 2022 18:45:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5472859 | | EDI: PENNDEPTREV | May 02 2022 22:58:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5472859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2022 18:45:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5472848 | + | Email/Text: bankruptcyteam@quickenloans.com | May 02 2022 18:45:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5472849 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472911 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5472850 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472852 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472853 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472851 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472854 | + | EDI: RMSC.COM | May 02 2022 22:58:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472858 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 02 2022 18:45:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Christine E. Hammond jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christine E. Hammond<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4842<br>EIN: __-_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | | Date case filed for chapter: 13  4/29/22 | |
| Case number: 1:22–bk–00818–HWV | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christine E. Hammond | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12209 Glessick School Rd.<br>Felton, PA 17322 | |
| 4. | **Debtor's attorney**<br>Name and address | John Matthew Hyams<br>Law Offices of John M. Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102 | Contact phone 717–520–0300<br>Email: jmh@johnhyamslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717–566–6097<br>Email: info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901–2800<br>Date: 5/2/22 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 9, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**341 meeting by video conference, further details will be provided to you** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/8/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/8/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/26/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |