## Payment Detail Listing

```
PR260 Date 03/14/22           Company 100  WellSpan Health                                    Page    4
      Time 10:49              Payment Detail Listing
                              Date Range 09/04/21 - 03/04/22

Employee Name                  Date     Pmt Nbr   Type      Gross Pay      Tax Deds      Other Deds    Company Deds       Net Pay

  313381 Hammond, Christine E. 01/21/22 36984121  A.C.H      1,440.00        289.85        170.54         710.80         979.61
         Hours,
Earnings Units       Amount  Tax Ded      Amount          Taxable  Other Ded  Amount  Cpy Ded      Amount              Taxable
                             PA Inc        41.92        1,365.45  Vision-E     1.19   SUI PA                           1,440.00
                             SUI PA-E        .86        1,440.00  HC02        37.50   403MATCH       28.80
                             LocalTax      13.65        1,365.45  AD&DVOL      1.10   R ERAUTO       57.60
                                                                  SuppLife    37.29   AD&D             .38
                                                                                      Dental-C       12.38
                                                                                      LTD            1.83
                                                                                      Plus Co      501.50
                                                                                      EAP            1.18
                                                                                      Vision-C       1.97
                                                                                      Life            .70

  313381 Hammond, Christine E. 02/04/22 37005682  A.C.H      1,453.50        292.99        171.08         712.63         989.43
         Hours,
Earnings Units       Amount  Tax Ded      Amount          Taxable  Other Ded  Amount  Cpy Ded      Amount              Taxable
Regular   80.50    1,449.00  Fed Inc     130.52        1,320.81  RSP 403%    58.14   CO SS         85.49              1,378.95
OT Prem     .50        4.50  EE SS        85.49        1,378.95  Dental-E     3.36   CO MCHI       19.99              1,378.95
                             EE MCHI      19.99        1,378.95  Plus Emp    32.50   FUTA                             1,378.95
                             PA Inc       42.33        1,378.95  Vision-E     1.19   SUI PA                           1,453.50
                             SUI PA-E       .87        1,453.50  HC02        37.50   403MATCH       29.07
                             LocalTax     13.79        1,378.95  AD&DVOL      1.10   R ERAUTO       58.14
                                                                 SuppLife    37.29   AD&D             .38
                                                                                     Dental-C       12.38
                                                                                     LTD            1.83
                                                                                     Plus Co      501.50
                                                                                     EAP            1.18
                                                                                     Vision-C       1.97
                                                                                     Life            .70

  313381 Hammond, Christine E. 02/18/22 37025862  A.C.H      1,490.00        301.74        170.54         714.63       1,017.72
         Hours,
Earnings Units       Amount  Tax Ded      Amount          Taxable  Other Ded  Amount  Cpy Ded      Amount              Taxable
Regular   76.50    1,377.00  Fed Inc     134.96        1,357.85  RSP 403%    57.60   CO SS         87.76              1,415.45
FMLA-PTO   3.50       63.00  EE SS        87.76        1,415.45  Dental-E     3.36   CO MCHI       20.53              1,415.45
Wellness             50.00   EE MCHI      20.53        1,415.45  Plus Emp    32.50   FUTA                             1,415.45
                             PA Inc       43.45        1,415.45  Vision-E     1.19   SUI PA                           1,415.45
                             SUI PA-E       .89        1,490.00  HC02        37.50   403MATCH       28.80             1,490.00
                             LocalTax     14.15        1,415.45  AD&DVOL      1.10   R ERAUTO       57.60
                                                                 SuppLife    37.29   AD&D             .38
                                                                                     Dental-C       12.38
                                                                                     LTD            1.83
                                                                                     Plus Co      501.50
                                                                                     EAP            1.18
                                                                                     Vision-C       1.97
                                                                                     Life            .70
```

## Payment Detail Listing

```
PR260 Date 03/14/22            Company  100  WellSpan Health                                         Page     5
      Time 10:49               Payment Detail Listing
                               Date Range 09/04/21 - 03/04/22


    Employee Name                     Date      Pmt Nbr   Type      Gross Pay        Tax Deds         Other Deds    Company Deds         Net Pay

       313381 Hammond, Christine E.   03/04/22 37047509   A.C.H       1,449.00         291.95             170.90         712.02           986.15
              Hours,
    Earnings   Units       Amount  Tax Ded        Amount        Taxable Other Ded       Amount  Cpy Ded       Amount            Taxable
    Regular    77.50    1,395.00  Fed Inc         130.00       1,316.49 RSP 403%         57.96  CO SS          85.21           1,374.45
    FMLA-PTO    3.00       54.00  EE SS            85.21       1,374.45 Dental-E          3.36  CO MCHI        19.93           1,374.45
                                  EE MCHI          19.93       1,374.45 Plus Emp         32.50  FUTA                           1,374.45
                                  PA Inc           42.20       1,374.45 Vision-E          1.19  SUI PA                         1,449.00
                                  SUI PA-E           .87       1,449.00 HC02             37.50  403MATCH       28.98
                                  LocalTax         13.74       1,374.45 AD&DVOL           1.10  R ERAUTO       57.96
                                                                       SuppLife          37.29  AD&D             .38
                                                                                                Dental-C       12.38
                                                                                                LTD             1.83
                                                                                                Plus Co       501.50
                                                                                                EAP             1.18
                                                                                                Vision-C        1.97
                                                                                                Life             .70
------------------------------------------------------------------------------------------------------------------------------------------------
    Totals Employee          313381                          18,908.20         3,851.96          2,082.64        8,525.23         12,973.60
              Hours,
    Earnings   Units       Amount  Tax Ded        Amount        Taxable Other Ded       Amount  Cpy Ded       Amount            Taxable
    Regular   924.50   16,552.45  Fed Inc       1,727.03      17,283.27 RSP 403%        751.33  CO SS       1,118.14          18,034.60
    Holiday     8.00      144.00  EE SS         1,118.14      18,034.60 Dental-E         40.32  CO MCHI       261.51          18,034.60
    Holiday     8.00      140.48  EE MCHI         261.51      18,034.60 Plus Emp        369.00  FUTA                           6,899.75
    Holiday     8.00      144.00  PA Inc          553.65      18,034.60 Vision-E         14.28  SUI PA                         7,272.50
    Holiday     8.00      144.00  SUI PA-E         11.31      18,908.20 HC02            450.00  403MATCH      375.68
    OT Prem     3.00       26.56  LocalTax        180.32      18,034.60 AD&DVOL          13.20  R ERAUTO      751.33
    FMLA-PTO   51.75      923.80                                       SuppLife         444.51  AD&D            4.53
    PTO        39.75      707.91                                                                Dental-C      148.56
    Wellness              125.00                                                                LTD            21.84
                                                                                                Plus Co     5,797.50
                                                                                                EAP            14.16
                                                                                                Vision-C       23.64
                                                                                                Life            8.34
```

| NAME | NUMBER | SOCIAL SECURITY | PERIOD | CHECK NO | CHECK DATE | EXEMPTIONS / FILING STATUS |
|---|---|---|---|---|---|---|
| Hammond, Christine E. | 000313381 | ###-##-4842 | 02/27/2022-03/12/2022 | 37068657 | 03/18/2022 | Federal: 0 / Single<br>State: 0 / Single |

### EARNINGS

| DESCRIPTION | HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| Regular | 69.00 | 1242.00 | 7983.00 |
| PTO | 8.00 | 144.00 | 144.00 |
| FMLA-PTO | 3.50 | 63.00 | 252.00 |
| Holiday | | | 288.00 |
| Wellness | | | 50.00 |
| OT Prem | | | 4.50 |

### DEDUCTIONS AND TAXES

| TYPE | DESCRIPTION | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| TAX | LOCAL | 13.74 | 82.72 |
| TAX | Fed Inc | 130.00 | 783.40 |
| TAX | EE MCHI | 19.93 | 119.98 |
| TAX | St Tax | 42.20 | 254.02 |
| TAX | St Unemp | 0.87 | 5.22 |
| TAX | EE SS | 85.22 | 513.00 |
| PRETAX | EE 403B | 57.96 | 346.86 |
| PRETAX | H/D/V | 74.55 | 447.30 |
| | CO MATCH | 86.94 | 520.29 |
| | CO MCHI | 19.93 | 119.98 |
| | CO SS | 85.22 | 513.00 |
| AFTERTAX | AD&DVOL | 1.10 | 6.60 |
| AFTERTAX | SuppLife | 37.29 | 223.74 |

### TOTALS

| | EARNINGS | GROSS PAY | TAXABLE PAY | NET PAY | DEDUCTIONS | TAX | PRETAX | AFTER TAX |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | | 1,449.00 | 1,316.49 | 986.14 | | 291.96 | 132.51 | 38.39 |
| YEAR-TO-DATE | | 8,721.50 | 7,927.34 | 5,938.66 | | 1,758.34 | 794.16 | 230.34 |

### DIRECT DEPOSITS

| DESCRIPTION | ACCOUNT | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| Checking | xxxx3789 | $986.14 | |

### ACCRUED TIME

| DESCRIPTION | BALANCE |
|---|---|
| EIR | 0.00 |
| PTO | 71.74 |

## WELLSPAN HEALTH
### PAYROLL ACCOUNT

**Proc. Level** 300  **Dept. Code** 310

M & T BANK
Amherst, NY
60-295/313

| DATE | ADVICE NUMBER |
|---|---|
| 3/18/2022 | 37068657 |

PAY EXACTLY ***VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID***

AMOUNT
*******986.14**

TO THE ORDER OF
**CHRISTINE E HAMMOND**
**12209 GLESSICK SCHOOL ROAD**
**FELTON, PA  17322**

**VOID AFTER 90 DAYS**

### DIRECT DEPOSIT ADVICE
# NON-NEGOTIABLE



WellSpan HEALTH
1001 South George Street
P.O. Box 15198
York, PA 17405-7198

**CHRISTINE E HAMMOND**
**12209 GLESSICK SCHOOL ROAD**
**FELTON, PA  17322**