United States Bankruptcy Court

Middle District of Pennsylvania

In re:      Case No. 22-00818-HWV
Christine E. Hammond      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jun 10, 2022      Form ID: ntcnfhrg      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine E. Hammond, 12209 Glessick School Rd., Felton, PA 17322-8725 |
| 5472857 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5472860 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 18:41:08 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2022 18:51:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5472831 | + | Email/Text: bncnotifications@pheaa.org | Jun 10 2022 18:39:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5472832 | + | Email/Text: bncnotifications@pheaa.org | Jun 10 2022 18:39:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5478395 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 18:41:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5472833 | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 18:41:08 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5472840 | | Email/Text: cfcbackoffice@contfinco.com | Jun 10 2022 18:39:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 5472834 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 10 2022 18:41:08 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5473660 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 18:41:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5478356 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 18:41:21 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5472835 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 18:39:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 5472836 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 18:39:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5472837 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 18:39:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5472839 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 18:39:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5472838 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 18:39:00 | Comenitybank/cldwtrmc, Attn: Bankruptcy Dept, |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 5472841 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2022 18:41:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5472842 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 18:41:08 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5472855 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 10 2022 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5472843 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 10 2022 18:39:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5472844 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 10 2022 18:41:22 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5472845 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 10 2022 18:39:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5472856 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2022 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5472846 | | Email/Text: camanagement@mtb.com | Jun 10 2022 18:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 900, Millsboro, DE 19966 |
| 5477173 | + | Email/Text: camanagement@mtb.com | Jun 10 2022 18:39:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5479126 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 18:41:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5472847 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 10 2022 18:39:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5478671 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2022 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5472859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2022 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5474952 | + | Email/Text: bncnotifications@pheaa.org | Jun 10 2022 18:39:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5478403 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2022 18:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5472848 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 18:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5476160 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 18:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at el., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5472849 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:21 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472911 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5472850 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472852 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:21 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472853 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:08 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472851 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:22 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5472854 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 18:41:21 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| 5472858 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | | |
| --- | --- | --- | --- |
| | | Jun 10 2022 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Christine E. Hammond jmh@johnhyamslaw.com  acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Christine E. Hammond, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−00818−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 6, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 13, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 10, 2022 |

ntcnfhrg (08/21)