United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christine E. Hammond  
    Debtor

Case No. 22-00818-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 26, 2022      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5474952 | + Email/Text: bncnotifications@pheaa.org | Oct 26 2022 18:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Christine E. Hammond jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| United States Trustee | |

Case 1:22-bk-00818-HWV    Doc 32    Filed 10/28/22    Entered 10/29/22 00:21:18    Desc  
Imaged Certificate of Notice     Page 1 of 3

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:22-bk-00818-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Christine E. Hammond
12209 Glessick School Rd.
Felton PA 17322

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2022.

Name and Address of Alleged Transferor(s):

Claim No. 2: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN, 55116-0408
Educational Credit Management Corporatio
PO Box 16408
St. Paul, MN, 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/28/22

Terrence S. Miller
**CLERK OF THE COURT**